```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
```

| | |
|---|---|
| | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: June 29, 2021 |

JESUS RIVERA,

        Petitioner,

                              13-CR-424 (KMW)
                              18-CV-5252 (KMW)
                              18-CV-5996 (KMW)
                              16-CV-5238 (KMW)

        v.                                    **ORDER**

UNITED STATES OF AMERICA,

        Respondent.
```
---------------------------------------------------------------X
```

KIMBA M. WOOD, District Judge:

        On June 23, 2021, Richard Barton, Petitioner Jesus Rivera's counsel of record, filed a motion to withdraw as counsel, citing financial hardship. (ECF No. 125.[1]) The Court GRANTS the motion.

        Because Mr. Barton no longer represents Mr. Rivera, the Court makes the following amendments to its June 17, 2021 Order (ECF No. 124):

        On June 15, 2021 Rivera submitted a *pro se* document titled "Relation-Back Amendment Pursuant [to] Fed. R. Civ. P. 15 And 28 U.S.C. § 2255." (ECF No. 123.) No later than July 12, 2021, the Government shall file a response. If Rivera wishes to file a reply, he must do so by August 9, 2021.

---

[1] Unless otherwise noted, all ECF citations refer to the criminal docket, *United States v. Rivera*, 1:13-CR-424 (KMW).

The Clerk of Court is respectfully directed to mail a copy of this Order to Rivera.

SO ORDERED.

Dated: New York, New York
      June 29, 2021

                                              /s/ Kimba M. Wood
                                              KIMBA M. WOOD
                                         United States District Judge